

**Scott Lause**
Assistant General Counsel
636.733.3700 ext. 3730
636.787.2777 fax

March 13, 2020

Clerk of Court
U.S. Bankruptcy Court
290 Federal Plaza
Central Islip, NY 11722

      Re:    Adversary Proceeding #: 8-20-08029-las
              *Josip Martinovic v. MOHELA, Discover Bank, Dept. of Education/Nelnet*

Dear Clerk of Court:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regards to the above-reference Adversary Proceeding. Please see the enclosed response to the debtor in said Adversary Proceeding, Mr. Josip Martinovic.

If you have any other questions, please do not hesitate to contact me.

Sincerely,

Scott Lause
Assistant General Counsel

SL/ph
Enclosures

# MOHELA

Scott Lause
Assistant General Counsel
636.733.3700 ext. 3730
636.787.2777 fax

March 13, 2020

Josip Martinovic
24 Manor Rd.
Huntington, NY 11743

      Re:    Adversary Proceeding #: 8-20-08029-las
               *Josip Martinovic v. MOHELA, Discover Bank, Dept. of Education/Nelnet*

Dear Mr. Martinovic:

On behalf of the Higher Education Loan Authority of the State of Missouri ("MOHELA"), I am writing in regards to the above-reference Adversary Proceeding. The Adversary Proceeding in question pertains to the discharge of certain private student loans. Please be advised that MOHELA does not own or hold any student loan on which you, Josip Martinovic, are the obligor. Therefore, any judgment taken against MOHELA in this proceeding would have no effect on your student loan obligations.

MOHELA's only relationship to you is that MOHELA services a certain student loan that is owned by SoFi Lending Corporation ("SoFi"), on which you are the obligor. SoFi, as the owner and holder of this loan, is the only appropriate party in this proceeding, relative to this student loan. In addition, MOHELA has not been properly served in this action, and therefore is not a party to the action. Based on the foregoing, I respectfully request that you dismiss all claims against MOHELA.

If you have any other questions, please do not hesitate to contact me.

Sincerely,

Scott Lause
Assistant General Counsel

cc:    Clerk of Court
        U.S. Bankruptcy Court
        290 Federal Plaza
        Central Islip, NY 11722